# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Sarah Stevenson Miller | : | Case No.: 19-10125 |
| Russell Robert Miller, | : | Chapter 7 |
|    Debtors, | : | |
| | : | Document No. _____ |
| Sarah Stevenson Miller | : | |
| Russell Robert Miller, | : | Related to Doc Document No. _____ |
|    Movants, | : | |
| | : | |
| vs. | : | Hearing Date and Time: April 25, 2019 |
| United States Trustee, and | : | @ 10:30 a.m. |
| Ronda J. Winnecour, Trustee, | : | |
|    Respondents | : | Response Deadline: |
| | : | April 11, 2019 |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO DISMISS CHAPTER 7 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION TO DISMISS CHAPTER 7 CASE** filed and served on **March 25, 2019**, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **MOTION TO DISMISS CHAPTER 7 CASE** appears thereon. Pursuant to the Notice of Hearing, objections to the **MOTION TO DISMISS CHAPTER 7 CASE** were to be filed and served no later than **April 11, 2019.**

It is hereby respectfully requested that the ORDER attached to the **MOTION TO DISMISS CHAPTER 7 CASE** be entered by the Court.

Date of Service: April 12, 2019

/s/ Chester B. Scholl, Jr.
CHESTER B. SCHOLL, JR., ESQUIRE
32 Shenango Avenue
PO Box 673
Sharon, PA 16146
724-981-4800
Fax: 724-981-5376
scholl@scholl.org
PA I.D. No. 19948