**Form 302**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Sarah Stevenson Miller**
**Russell Robert Miller**
      Debtor(s)

Bankruptcy Case No.: 19–10125–TPA

Chapter: 7
Docket No.: 18 – 14

## <u>ORDER</u>

     **IT IS HEREBY ORDERED** that the above–captioned case is **DISMISSED.**

     Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

     Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: April 15, 2019

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-10125-TPA
Sarah Stevenson Miller                                                        Chapter 7
Russell Robert Miller
        Debtors

**CERTIFICATE OF NOTICE**

District/off: 0315-1          User: jmar          Page 1 of 2          Date Rcvd: Apr 15, 2019
                             Form ID: 302         Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
```
db/jdb       +Sarah Stevenson Miller,   Russell Robert Miller,   769 Highland Road,   Sharon, PA 16146-3405
14992785     +AES/PHEAA,   1200 NORTH 7TH STREET,   HARRISBURG, PA 17102-1419
14992789     +CACI,   c/o T. Rowe Price, P.O. Box 17349,   Baltimore, MD 21297-1349
14992793     +CAP1/BSTBY,   1405 FOULK ROAD,   WILMINGTON, DE 19803-2769
14992795     +CBNA,   ONE COURT SQUARE,   LONG ISLAND CITY, NY 11120-0001
14992798     +Convergent Healthcare Recoveries, Inc.,   124 SW Adams Street, Suite 215,
              Peoria, Illinois 61602-2321
14992801      DISCOVER,   PO BOX15316ATT:CMS/PROD DEVELOP,   ATT:CMS/PROD DEVELOP,
              WILMINGTON, DE 19850-5316
14992800     +Dale F. Spadafora,,   752 Brookshire Drive Suite 'A',   Hermitage, Pennsylvania 16148-4510
14992802     +ERC,   P.O. Box 23870,   Jacksonville, Florida 32241-3870
14992803     +FNB OF PA,   3320 EAST STATE STREET,   HERMITAGE, PA 16148-3301
14992804     +FNB OMAHA,   PO BOX 3412,   OMAHA, NE 68103-0412
14992805     +HAB-DLT/Berkeimer,   P.O. Box 21690,   Lehigh Valley, Pennsylvania 18002-1690
14992811     +MRS BPO, LLC,   1930 Olney Avenue,   Cherry Hill, New Jersey 08003-2016
14992812      NTONSTMRCO,   PO BOX 199111,   DALLAS, TX 75235
14992813      ONEMAIN,   100 INTERNATIONAL DRIVE15TH FLOOR,   15TH FLOOR,   BALTIMORE, MD 21202
14992815     +PHEAA,   1200 N. 7TH FLOOR 4TH FLOOR,   HARRISBURG, PA 17102-1444
14992817     +Radius Global Solutions LLC,   P.O. Box 390846,   Minneapolis, Minnesota 55439-0846
14992820     +SHENANGOCU,   428 SHARPSVILLE AVENUE,   SHARON, PA 16146-2120
14992818     +Sharon Regional Health System,   P.O. Box 419726,   Boston, Massachusetts 02241-9726
14992819     +Sharp Collections, Inc.,   P.O. Box 81,   Sharpsville, Pennsylvania 16150-0081
14992822     +Stoneleigh Recovery Associates,   P.O. Box 1479,   Lombard, Illinois 60148-8479
14992830      TD/TARGET,   7000 TARGET PARKWAY N,MAIL STOP NCD-0450,   MAIL STOP NCD-0450,
              BROOKLYN PARK, MN 55445-4301
14992831     +The Bureaus-Capital One,   1717 Central Street,   Evanston, IL 60201-1507
14992832     +Transworld Systems/Med Express,   P.O. Box 15273,   Wilmington, Delaware 19850-5273
14992833     +UPMC Health Services,   P.O. Box 371472,   Pittsburgh, Pennsylvania 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: PRA.COM Apr 16 2019 06:43:00     PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
14992786     +EDI: GMACFS.COM Apr 16 2019 06:43:00     ALLY,   P O BOX 380901,   BLOOMINGTON, MN 55438-0901
14992787     +EDI: BANKAMER.COM Apr 16 2019 06:43:00     BK OF AMER,   450 AMERICAN ST,
              SIMI VALLEY, CA 93065-6285
14992788      EDI: BANKAMER.COM Apr 16 2019 06:43:00     BK OF AMER,   4060 OGLETOWN/STANTON RDDE5-019-03-07,
              DE5-019-03-07,   NEWARK, DE 19713
14992791     +EDI: CAPITALONE.COM Apr 16 2019 06:43:00     CAP ONE,   PO BOX 5253,
              CAROL STREAM, IL 60197-5253
14992790      EDI: CAPITALONE.COM Apr 16 2019 06:43:00     CAP ONE,   PO BOX 85015,   RICHMOND, VA 23285-5075
14992794     +EDI: WFNNB.COM Apr 16 2019 06:43:00     CB/LIMITED,   PO BOX 182789,   COLUMBUS, OH 43218-2789
14992796     +EDI: CHASE.COM Apr 16 2019 06:43:00     CHASE CARD,   301 N WALNUT ST, FLOOR 09,
              WILMINGTON, DE 19801-3971
14992797     +EDI: CAPIO.COM Apr 16 2019 06:43:00     Cleveland Clinic,   P.O. Box 89410,
              Cleveland , Ohio 44101-6410
14992799     +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 16 2019 03:02:58
              Credit Management Co.,   2121 Noblestown Road,   Pittsburgh, Pennsylvania 15205-3956
14992806     +EDI: IIC9.COM Apr 16 2019 06:43:00     I.C. System, Inc.,   P.O. Box 64378,
              Saint Paul, Minnesota 55164-0378
14992807     +EDI: IIC9.COM Apr 16 2019 06:43:00     I.C. Systems, Inc.,
              444 Highway 96 East, P.O. Box 64378,   St. Paul, Minnesota 55164-0378
14992808      EDI: CBSKOHLS.COM Apr 16 2019 06:43:00     KOHLS/CAP1,   PO BOX 3115,
              MILWAUKEE, WI 53201-3115
14992808      E-mail/Text: bncnotices@becket-lee.com Apr 16 2019 03:02:09     KOHLS/CAP1,   PO BOX 3115,
              MILWAUKEE, WI 53201-3115
14992810      EDI: MID8.COM Apr 16 2019 06:43:00     MIDLANDMCM,   2365 NORTHSIDE DRIVESUITE 300,   SUITE 300,
              SAN DIEGO, CA 92108
14992814      EDI: AGFINANCE.COM Apr 16 2019 06:43:00     ONEMAINFI,   6801 COLWELL BLVDC/S CARE DEPT,
              C/S CARE DEPT,   IRVING, TX 75039
14992816     +EDI: PRA.COM Apr 16 2019 06:43:00     PORTFOLIO,   120 CORPORATE BLVD, STE 100,
              NORFOLK, VA 23502-4952
14992823     +EDI: RMSC.COM Apr 16 2019 06:43:00     SYNCB/LOWE,   4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
14992824     +EDI: RMSC.COM Apr 16 2019 06:43:00     SYNCB/MC,   4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
14992825     +EDI: RMSC.COM Apr 16 2019 06:43:00     SYNCB/OLDN,   4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
14992826     +EDI: RMSC.COM Apr 16 2019 06:43:00     SYNCB/PAYP,   4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
14992827     +EDI: RMSC.COM Apr 16 2019 06:43:00     SYNCB/SAMS,   4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
14992828     +EDI: RMSC.COM Apr 16 2019 06:43:00     SYNCB/WALM,   4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
```

```
District/off: 0315-1           User: jmar             Page 2 of 2          Date Rcvd: Apr 15, 2019
                               Form ID: 302           Total Noticed: 50
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14994036       +EDI: RMSC.COM Apr 16 2019 06:43:00      Synchrony Bank,     c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14992829        EDI: WTRRNBANK.COM Apr 16 2019 06:43:00      TARGET NB,   C/O TARGET CREDIT SERVICESPO BOX 673,
                 PO BOX 673,   MINNEAPOLIS, MN 55440-0673
14992834        EDI: WFFC.COM Apr 16 2019 06:43:00      WFHM,    PO BOX 10335,   DES MOINES, IA 50306-0335
                                                                                             TOTAL: 26

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
14992792*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAP ONE,   PO BOX 85015,   RICHMOND, VA 23285-5075)
14992809*       KOHLS/CAP1,   PO BOX 3115,   MILWAUKEE, WI 53201-3115
14992821*      +SHENANGOCU,   428 SHARPSVILLE AVENUE,   SHARON, PA 16146-2120
                                                                           TOTALS: 1, * 3, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
          Chester B. Scholl, Jr.   on behalf of Debtor Sarah Stevenson Miller scholl@scholl.org,
            wendy@fdgs-law.com
          Chester B. Scholl, Jr.   on behalf of Joint Debtor Russell Robert Miller scholl@scholl.org,
            wendy@fdgs-law.com
          James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
            bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Tamera Ochs Rothschild   trothschild@gmx.com,  pa70@ecfcbis.com
                                                                           TOTAL: 5
```